# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

804 Shade Tree Court
Wetumpka, Alabama

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:07mj65-CSC

I, __Spencer P. Traywick__ being duly sworn depose and say:

I am a(n) __ABI Special Agent__ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

804 Shade Tree Court, Wetumpka, Alabama

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

SEE ATTACHMENT A

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense, contraband, and property that has been used as a means of committing a criminal offense**

concerning violations of Title __18, United States Code, Sections 2422 & 2252A__.

The facts to support the issuance of a Search Warrant are as follows:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

July 11, 2007                                at    Montgomery, Alabama
Date                                                City and State

Charles S. Coody, U.S. Magistrate Judge          _____
Name and Title of Judicial Officer                Signature of Judicial Officer

**ATTACHMENT A**

**ITEMS TO BE SEIZED**

A.) Any and all computer records, documents, and materials, including but not limited to tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disks drives, tape drives, disk application programs, data disks, Magnetic floppy disks.

B.) This will include, but not be limited to, any and all computer(s), disks and peripheral equipment likely used to store or process data described above. Other such digital storage devices including, but limited to, compact disc, digital video discs, external hard drives, including but not limited to those contained in DVD recorders such as TiVo-type receivers/recorders, memory sticks, flash drives, zip drives, memory cards, digital cameras, cellular phones and I pods.

C.) Any and all books, ledgers and records bearing on the production, reproduction, receipt, shipment, orders, request, trades, purchases, or transactions of any kind involving the transmission, through interstate commerce including US mail or by computer indicating the possession and possession with the intent to disseminate obscene matter containing visual depiction of children in violation of Title 18, United States Code, Section 2252A involving the use of a computer or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense

D.) Any and all diaries, notebooks, notes, day planners and any other records reflecting personal contact, to include photographs and/or identifying information of persons known or unknown to the case agent and any other activities indicating the possession and possession with the intent to disseminate obscene matter containing visual depiction of persons under seventeen years of age involved in obscene acts in violation of Title 18, United States Code, Section 2252A.

AFFIDAVIT

I, Special Agent Spencer P. Traywick, hereby depose and swear as follows:

(1.) I am a Special Agent for the Alabama Bureau of Investigation, which is a division of the Department of Public Safety, and have been employed in this position since November 2004 after working as a State Trooper assigned to the Highway Patrol Division for eight years. Prior to my employment with the Department of Public Safety, I was a police officer with the city of Daphne for four years. I have approximately fourteen years total in law enforcement with approximately three years experience conducting major criminal investigations.

(2.) I am currently assigned to the Alabama Bureau of Investigation and I am assigned to the Montgomery, Alabama office. My current duties include the investigation of internet crimes and internet crimes against children.

(3.) As a Special Agent, I am currently responsible for the investigation of Federal offenses as well as state offenses involving the alleged use of a computer or any facility or means of interstate or foreign commerce, or within

the jurisdiction of the United States to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so in violation of Title 18 United States Code Section 2422, et. Seq.  I further investigate offenses that involve interstate transportation of child pornography in violation of Title 18, United States Code, Section 2252A.  I have received training in how to conduct investigations of offenses relating to the use, or attempted use, of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.  I have also received specialized instruction on how to conduct investigations of offenses relating to child sexual exploitation and child pornography that involve use of the United States Mails and the computer.  The specialized training I have received also includes various courses on the recovery of digital evidence located on computers and other similar electronic data storage devices, the exploitation of children involving the use of the Internet, and the behavioral analysis on the child sex offender.

(a.) The following words and definitions are pertinent to the investigation:

<u>Minor</u> - Title 18 United States Code Section 2256(1), defines "minor" as any person under the age of eighteen years.

<u>Sexually Explicit Conduct</u> - actual or simulated sexual intercourse, including genital-genital, oral-genital, and anal-genital, or oral-anal, whether between persons of the same or opposite sex, to include such acts as bestiality, masturbation, sadistic or masochistic abuse and/or lascivious exhibition of the genital or pubic area of any person.

<u>Computer</u> - is defined as pursuant to Title 18, United States Code Section 1030(e)(1), as an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

<u>Computer hardware</u> - consist of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices; peripheral input/output devices, as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware).

<u>Computer software</u> - consists of digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities

(4.) On Monday, July 2, 2007, I received Cyber Tip 498014 from the National Center For Missing and Exploited Children (NCMEC). The tip indicated that an AOL user reported another AOL user of an incident of enticement. The tip indicated that the suspect, who uses the screen name of "srunway36", stated that he likes young pussy from the ages of fourteen years and up.

(5.) On Saturday, July 7, 2007, Detective Andrew Uhlir of the Wheaton Illinois Police Department contacted the Alabama Internet Crimes Against Children Task Force, in reference to a predator that had contacted his undercover profile, which is that of a fourteen year old female named Katie from Wheaton, IL on Friday, July 6, 2007 at 9:22 am CDT. The profile includes an image of a fourteen to fifteen year old female, which are of a female officer with the Wheaton police Department at age fourteen or fifteen. The profiles screen name is "katielil92@aol.com." Detective Uhlir stated that the suspect used the screen name of srunway36@aol.com to contact "katielil92" in a chat room titled "guysshowforladies." Detective Uhlir stated that the suspect appears to live in Alabama. Detective Uhlir stated the suspect initiated the chat with "katielil92" by offering to send an image. Detective Uhlir stated that the suspect sent an email, which contained an image of an adult male exposing his erect penis. Detective Uhlir stated that the suspect offered to talk with "katielil92" about sex and share his knowledge with her, then asked if she want more images. The suspect emailed a total of six more images to "katielil92," two of the images showed the facial area of what appeared to be the same male subject that was in the first email, the other four images were of a male's erect

and a flaccid penis. The suspect advised "katielil92" that he has sex with three different fourteen year old girls on a regular basis. The suspect advised "katielil92" that he had sex with a fourteen year old girl, which lived in his neighborhood last night (07/05/2007.) The suspect advised "katielil92" how to masturbate to prepare herself for sex and if she were there with him, he would let her explore his body and he would explore hers and he would play with her vagina and make her have her first orgasm. The suspect asked "katielil92" if she wanted to see something wilder, and asked if she wanted to see his dick on the web cam, then "katielil92" received a request to connect directly with the suspect's computer. "Katielil92" accepted the request and the webcam stream started showing a middle aged male Caucasian that appeared to be the same subject in the earlier emails. The suspect asked "katielil92" if she was ready, then the suspect while on webcam stood up and began to masturbate until ejaculation. The suspect asked "katielil92" if she liked what she saw and stated that he would like to show her what it feels like to have her pussy licked, then asked if she wanted some more naughty pictures. The suspect then emailed "katielil92" a file titled 34T4.zip, which contained three images. The images in the file were of, (1) an unknown age female having

intercourse with an adult male, (2) unknown age female having oral sex with an adult male, (3) and two unknown age possibly teenaged females having oral sex with each other. The suspect also sent another file via email to "katielil92" titled untitled.zip, which contained to images of a young teenaged (possibly fourteen to sixteen year old) female performing oral sex on an adult male's penis. The suspect also asked if she would be interested in watching him and one of the fourteen year old girls he has had sex with on webcam on Tuesday or Wednesday night. The suspect also advised "katielil92" that she needs to delete all the images off her computer.

(6.) On Monday, July 9, 2007, SA Traywick requested by subpoena from America Online any and all information pertaining to the screen name "srunway36", which was utilized on July 6, 2007 at 10:22 am EDT. AOL provided the requested information, which indicated that the screen name "srunway36" is assigned to STEPHEN CHARLES NORRELL of 804 Shade Tree Ct, Wetumpka, Alabama 36092. Norrell's date of birth is 7/3/1966 and he is possibly a member of the Army National Guard in the Montgomery area. Norrell's criminal history was checked through NCIC, and the search revealed that he does not have a criminal history.

(7.) The Wetumpka Water Works and Alabama Power confirm that Stephen Charles Norrell, DOB 07/03/1966, does have utility services at 804 Shade Tree Court, Wetumpka, Alabama.

(8.) I know from my training and from my experience that the use of the computers and the internet has become the preferred method to collect and distribute child pornography. I also know from my training and from experience that distributors and collectors of child pornography often retain on their computer and other media storage devices for long periods of time large numbers of images. The images are sometimes retained for years for the purpose of personal viewing and for the purpose of trading images with other collectors of child pornography.

(9.) I know from my training and from my experience, and from the experience of other investigators, that collectors of child pornography who replace/upgrade their computers often transfer their collections to the hard drives of their new computer and/or save their collections on other digital storage devices including, but not limited to, compact disc, digital video disc, external hard drives, including but not limited to those contained in DVD recorders such as TiVo-type receivers/recorders, memory

sticks, flash drives, zip drives, memory cards, digital cameras, cellular phones and Ipods. Some of these storage devices can be smaller than the tip of the human thumb.

(10.) I know from my training and from my experience, and from the experience of forensic examiners, that digital evidence is often recoverable from computers and from digital storage devices even after images and other data have been deleted. This solidifies the necessity of removing the seized items and having them thoroughly searched at an off-site location by a certified forensic examiner. This type of detailed search will also take some time due to case loads of the forensic examiner. This will be a formal request for the authority to use any electronic means necessary to conduct the search of the listed items.

(11.) I have personally visited and surveilled the property located at 804 Shade Tree Court, in Wetumpka, Alabama and found the property to be located in a neighborhood called River Oaks. The residence is of a wood and brick construction. The brick is red in color and the wood trim is white in color with green shutters. The backyard of the residence is enclosed by a wooden privacy fence.







(12.) Based on the foregoing information and based upon my training and experience, I have probable cause to believe that STEPHEN CHARLES NORRELL has engaged in the possession with the intent to disseminate obscene matter containing visual depiction of persons under seventeen years of age involved in obscene acts in violation of the Title 18, United States Code, Section 2422 involving the use of a computer or any facility or means of interstate or foreign commerce, or within the jurisdiction of the United States to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. I further have probable cause to believe that NORRELL is involved interstate transportation of child pornography in violation of Title 18, United States Code, Section 2252A and that evidence of such crimes will be found within 804 Shade Tree Court, Wetumpka, Alabama. More specifically, I have probable cause to believe that instrumentalities, fruits, and evidence of Title 18, United States Code, Section 2422 AND 2252A can be found at 804 Shade Tree Court, Wetumpka, Alabama (Elmore County).

_____
Spencer P. Traywick
Special Agent
Alabama Bureau of Investigation

Sworn to and Subscribed before me this 11th day of July, 2007.

_____
CHARLES S. COODY
Chief United States Magistrate Judge
Middle District of Alabama